IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN  DIVISION

| | | |
|---|---|---|
| TYRONE HURT, | ) | |
| | ) | |
| Plaintiff, | ) | No. 5:15-CV-310-D |
| | ) | |
| v. | ) | |
| | ) | |
| THE CITY OF ST. LOUIS, | ) | |
| | ) | |
| Defendant. | ) | |
| | | |
| TYRONE HURT, | ) | |
| | ) | |
| Plaintiff, | ) | No. 5:15-CV-322-D |
| | ) | |
| v. | ) | |
| | ) | |
| ALL PAST TO PRESENT MAYORS, | ) | |
| ALL MOTHERS AND FATHERS OF THE | ) | |
| PAST TO THE PRESENT, ALL SURVIVORS | ) | |
| OF THE PAST TO THE PRESENT, and | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendants. | ) | |
| | | |
| TYRONE HURT, | ) | |
| | ) | |
| Plaintiff, | ) | No. 5:15-CV-335-D |
| | ) | |
| v. | ) | |
| | ) | |
| DYLANN ROOF, | ) | |
| | ) | |
| Defendant. | ) | |

1

TYRONE HURT, )
)
                    Plaintiff, )
)      No. 5:15-CV-336-D
    v. )
)
DYLANN ROOF, ERIC HOLT, HOLT AND )
WHITE, G.O.P. REPUBLICANS, UNITED )
STATES HOUSE OF REPRESENTATIVES, )
THE COUNTRY OF GERMANY, and THE )
AMERICAN COLLEGE DICTIONARY, )
)
                    Defendants. )


TYRONE HURT, )
)
                    Plaintiff, )
)      No. 5:15-CV-337-D
    v. )
)
INTERNATIONAL CRIMINAL COURT )
(1946), INTERNATIONAL PEACE COURT )
(1946), and KKK, )
)
                    Defendants. )

TYRONE HURT, )
)
                    Plaintiff, )
)      No. 5:15-CV-341-D
    v. )
)
THE SOUTH CAROLINA HATE, and )
INCLUDING THE CHIEF OF POLICE, )
)
                    Defendants. )

TYRONE HURT,                                      )
                                                  )
                   Plaintiff,                     )          No. 5:15-CV-342-D
                                                  )
        v.                                        )
                                                  )
INTERNATIONAL CRIMINAL COURT                      )
(1946), INTERNATIONAL PEACE COURT,                )
and NARCOTIC AGENTS (1972),                       )
                                                  )
                   Defendants.                    )

TYRONE HURT,                                      )
                                                  )
                   Plaintiff,                     )          No. 5:15-CV-356-D
                                                  )
        v.                                        )
                                                  )
CHIEF OF POLICE,                                  )
                                                  )
                   Defendant.                     )

TYRONE HURT,                                      )
                                                  )
                   Plaintiff,                     )          No. 5:15-CV-409-D
                                                  )
        v.                                        )
                                                  )
7TH DISTRICT, D.C. METROPOLITAN,                  )
POLICE DEPARTMENTS, and D.C.                      )
COUNCIL,                                          )
                                                  )
                   Defendants.                    )

Case 5:15-cv-00356-D   Document 3   Filed 09/23/15   Page 3 of 6

TYRONE HURT,                              )
                                          )
                    Plaintiff,            )        No. 5:15-CV-412-D
                                          )
        v.                                )
                                          )
THE INTERNATIONAL CRIMINAL COURT          )
- 1946 - (HAGUE, GERMANY), and THE        )
INTERNATIONAL PEACE COURT - 1946          )
(HAGUE, GERMANY),                         )
                                          )
                    Defendants.           )

TYRONE HURT,                              )
                                          )
                    Plaintiff,            )        No. 5:15-CV-413-D
                                          )
        v.                                )
                                          )
UNITED STATES OF AMERICA,                 )
                                          )
                    Defendant.            )

TYRONE HURT,                              )
                                          )
                    Plaintiff,            )        No. 5:15-CV-416-D
                                          )
        v.                                )
                                          )
THE STATE OF VIRGINIA, and NARCOTIC       )
AGENTS (1972),                            )
                                          )
                    Defendants.           )

TYRONE HURT,                              )
                                          )
                    Plaintiff,            )        No. 5:15-CV-440-D
                                          )
        v.                                )
                                          )
THE CENTER OF THE WORLD, and UNITED       )
STATES OF AMERICA,                        )
                                          )
                    Defendants.           )

4

TYRONE HURT,                                    )
                                                )
                        Plaintiff,              )
                                                )          No. 5:15-CV-469-D
        v.                                      )
                                                )
UNITED STATES OF AMERICA,                       )
                                                )
                        Defendant.              )


TYRONE HURT,                                    )
                                                )
                        Plaintiff,              )
                                                )          No. 5:15-CV-470-D
        v.                                      )
                                                )
THE AMERICAN CIVIL LIBERTIES UNION,             )
                                                )
                        Defendant.              )

TYRONE HURT,                                    )
                                                )
                        Plaintiff,              )
                                                )          No. 5:15-CV-487-D
        v.                                      )
                                                )
U.S. CONSTITUTION, DR. REV. MARTIN              )
LUTHER KING, JR., INTERNATIONAL                 )
CRIMINAL COURT, INTERNATIONAL                   )
PEACE COURT, AMERICAN PEOPLE, and               )
UNITED STATES OF AMERICA,                       )
                                                )
                        Defendants.             )


**JUDGMENT**

**Decision by Court.**

This action came before the Honorable James C. Dever III, Chief United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court DISMISSES these actions as frivolous. The clerk shall close the cases.

**This Judgment Filed and Entered on September 23, 2015, and Copies To:**

Tyrone Hurt          (via US Mail, 422 Chesapeake St. SE, Apt. 33, Washington, DC 20032)


DATE                                      **JULIE RICHARDS JOHNSTON, CLERK**
September 23, 2015                          By: /s/ Crystal Jenkins
                                           Deputy Clerk